# PD-1224-15

"COURT OF CRIMINAL APPEALS OF TEXAS"

KENNEDY,MICHAEL RAY

VS.

STATE OF TEXAS,

Tr.Ct.No67,789-E

COA NO.07-14-00353-CR

PD-1224-15

FILED IN
COURT OF CRIMINAL APPEALS

OCT 22 2015

Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 22 2015

Abel Acosta, Clerk

## NOTICE OF APPEAL
## [ON THE MERITS OF THE MOTION FILED]

NOTICE IS HEREBY GIVIN THAT MICHAEL RAY KENNEDY APPEALLANT
IN THE ABOVE NAMED CASE HEREBY APPEAL TO THE UNITED STATES COURT
OF APPEALS FOR AUSTIN TEXAS,CIRCUIT FROM THE DENIED APPELLANTS
PRO-SE MOTION REQUESTING AN ORDER GRANTING AN APPEAL, ON THE
MERITS OF THE MOTION FILED[TESTING OF BALLISTIC EVIDENCE].
FOR THE FOLLOWING REASONS.


That such evidence was not tested SEE.VELA V. STATE 209S.W.3d 128,
130,(Tex.Crim.App.2006).TRE 104(a),401,402,and 702"set out three
seperate conditions regarding admissibility of expert testimony.At
131.Theses rules require a trial judge to make three seperate in-
quiries,which must be met before admitting expert testimony(1)the
witness qualifies as an expert by reason of his knowledge,skill
experience,training,or education,.

    SEE.RR.V.2 PG 158 Officer Michael wheeler
Q- officer did you send that slug to any kind of lab for analysis ?
A- NO I DIDDN't.
IN RR.V.2 PG 171 LN 1-2
Q- AND OF COARSE YOU'RE NOT AN EXPERT IN BALLISTICS,ARE YOU ?
A  NO,SIR.
IN AKE[V. OKLAHOMA,470 U.S. 68(1985) there was testimony that was
speculation of the size of the bullet.AN EXPERT IS NEEDED AN APPEAL
IS NEEDED ON THE MERITS OF THE BULLET.TO DETERMINE WHAT STANDARD A
APPELLATE COURT SHOULD APPLY IN REVIEWING THE TESTIMONY OF AN
OFFICER WHO ADMITTS HE IS NOT QULIFIED IN BALLASTICS.
SEE.GENERAL ELEC,CO..V. JOINER,522U.S.136,139L.Ed 2d 508,118S.Ct.
512(1997)Citeing Daubert V.Merrell Dow P harmaceuticals,Inc.,
509U.S.579,113S.ct 2786,125L.E.d 2d 469(1993)
COMPARE.Beech Aircraft Corp V. Rainery 488U.S.153,172(1988)

(1)

chapter 38 requesting Forensic analysis and testing are an appealabè process,In the interest of justice and fairness. simple putt the trie of fact or noone in the court truthfully knows what size of bullete was recovered out of the car,. the State abused its descretion in not veiwing the merits of the writ on the contents of the bullett,if the appeal is denied, then the only coarse of action left appears to be writ of mandamus for testing of the Bullett. Wherefore,premisies considered Appeallant Prays that this Honorable appeals court grants appeal on the merits of the motion that was denied,for testing of a bullett that was wrongfully admitted from an officer who is not skilled in testimony of ballistics.{NOTE}1.

RESPECTFULLY SUBMITTED
MICHAEL RAY KENNEDY.
#TDCJ NO. 1968578
STEVENSON UNIT
1525 FM 766
CUERO, TEXAS
77954

*Michael Ray Kennedy.*

CERTIFICATE OF SERVICE

ON THIS DAY OF19thmonth of October 2015 atrue copy of notice of appeal was mailed from the TDCJ STEVENSON UNIT,BY LEGAL MAIL,to the Court Of Appeals of Texas P.O.BOX 12308,capitol Station,Austin TEXAS 78711.

RESPECTFULLY.

*Michael Ray Kennedy.*

[NOTE 1] even though in Rodriguez v. State 153 S.W.3d245,248(Tex.App-ElPaso2004,no pet.)25.2(a)(2). it appears DNA testing is not an appealble order,this is ballastics not dna. UNDER TRAP25.2(c) Taylor V. State 424 S.W 3d 39,41, (Tex.Crim App 2014)requires the court of appeals to forward appeallants notice of appeal to the trial court,there may even be an error of the original motion filed may of been needed to be mailed to the trial court ? For this and other reasons an appeal is needed to sort out this Ballistic mystery,and jurisdiction, and DNA VS.BALLASTIC TESTING,appeallable or not....